**Fill in this information to identify the case:**

Debtor name: Capitol BC, LLC
United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - EASTERN DIVISION
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CROWELL & MORING LLP* 590 MADISON AVENUE, 20TH FLOOR NEW YORK, NY 10022-2544 | | | | | | $242,902.00 |
| RD MANAGEMENT 810 7TH AVENUE 10TH FLOOR NEW YORK, NY 10019 | | | | | | $102,431.50 |
| MAHAR HIGHWAY LLC - DARDEN 400 FRANKLIN STREET P.O. BOX 859059 BRAINTREE, MA 02185-9059 | | | | | | $58,611.00 |
| NORTHEAST MECHANICAL & ENERGY MANAGEME P.O. BOX 335 BOWDOINHAM, ME 04008 | | | | | | $28,953.50 |
| SBAF RUNNING FOX 16974 COLLECTION CENTER DR CHICAGO, IL 60693 | | | | | | $12,685.92 |
| TOWNSQUARE MEDIA - PORTLAND P.O. BOX 28613 NEW YORK, NY 10087-8613 | | | | | | $11,000.00 |

Debtor    **Capitol BC, LLC**    Case number *(if known)*
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NELSON MULLINS RILEY & SCARBOROUGH LLP<br>ONE POST OFFICE SQUARE<br>30TH FLOOR<br>BOSTON, MA 02109 | | | | | | $9,604.65 |
| HYER CREATIVE<br>1370 Hills Place NW<br>Atlanta, GA 30318 | | | | | | $7,750.00 |
| TRIPLE O MECHANICAL INC.*<br>6004 NORTH LAKE ROAD<br>BERGEN, NY 14416 | | | | | | $7,247.47 |
| ABSOLUTE BROADCASTING<br>149 Main Street<br>Nashua, NH 03060 | | | | | | $7,000.00 |
| ECOLAB<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290-5327 | | | | | | $5,822.89 |
| AMERICO INC<br>P.O. BOX 2125<br>WEST MEMPHIS, AR 72303 | | | | | | $5,563.36 |
| GEM PLUMBING & HEATING SERVICES, INC<br>ONE WELLINGTON ROAD<br>LINCOLN, RI 02865 | | | | | | $5,128.21 |
| TRIMARK UNITED EAST<br>PO BOX 3505<br>S. ATTLEBORO, MA 02703-0057 | | | | | | $5,104.31 |
| EASTERN FIRE SERVICES INC<br>PO BOX 1528<br>AUBURN, ME 04211 | | | | | | $4,342.82 |
| UNITIL - GAS<br>6 Liberty Lane, West<br>Hampton, NH 03842-1720 | | | | | | $3,515.92 |
| DAVID M. DISABITO, JR.<br>19 JAMES STREET<br>EAST LONGMEADOW, MA 01028 | | | | | | $3,402.50 |

Debtor   **Capitol BC, LLC**
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BANGOR DAILY NEWS** | | | | | | $3,210.00 |
| **RUSSO'S**<br>**560 PLEASANT STREET,**<br>**WATERTOWN, MA 02472** | | | | | | $2,943.38 |
| **EASTERN FIRST SERVICES, INC.**<br>**P.O. BOX 1582**<br>**170 KITTYHAWK AVE**<br>**AUBURN, ME 04211-1582** | | | | | | $2,898.73 |